1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA

                    **FRESNO DIVISION**

| | |
|---|---|
| ROBERTO MUNIZ VASQUEZ, ) | CIVIL NO. 1:09-CV-01587 SMS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including June 25, 2010.  This extension is necessary so that the undersigned counsel for the Commissioner may confer with her client in effort to obtain permission for a voluntary remand of this matter.

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | */s/Steven G. Rosales* |
| Dated: June 2, 2010 | _____ |
|   | STEVEN G. ROSALES |
|   | (as authorized via email) |
|   | Attorney at Law |
|   | Attorney for Plaintiff |
|   |   |
| Dated: June 2, 2010 | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | LUCILLE GONZALES MEIS |
|   | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: | */s/ Elizabeth Firer* |
|   | _____ |
|   | ELIZABETH FIRER |
|   | Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:  June 2, 2010          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE