1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
10
                              SACRAMENTO DIVISION
11

12 ROBERTO MUNIZ VASQUEZ,          )
                                   )   CIVIL NO. 1:09-CV-01587 SMS
13         Plaintiff,              )
                                   )
14         v.                      )   STIPULATION AND ORDER OF
                                   )   VOLUNTARY REMAND AND DISMISSAL
15 MICHAEL J. ASTRUE,              )   OF CASE, WITH DIRECTIONS TO CLERK
   Commissioner of                 )   TO ENTER JUDGMENT
16 Social Security,                )
                                   )
17         Defendant.              )
   _____ )

18         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

19 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

20 case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

21         Upon remand, the ALJ will give Plaintiff the opportunity for a new hearing.  The ALJ will

22 explain the weight he gives to the medical opinions, in particular, the opinions of the State agency

23 reviewer currently located at Exhibit 5F and the consultative examination currently located at Exhibit

24 4F.  If the ALJ does not accept all the limitations assessed, he must explain his reasoning.  The ALJ will

25 obtain vocational expert testimony using hypothetical questions that accurately reflect the ALJ's residual

26 functional capacity assessment.  If the vocational expert can only identify jobs that are light in exertion,

27 the ALJ must find Plaintiff disabled under the Medical-Vocational Guidelines (the Grid).

28 ///

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                      Respectfully submitted,

Dated: June 28, 2010                       */s/Steven G. Rosales*
                                        (As authorized via email)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff

Dated: June 28, 2010                       BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Elizabeth Firer*
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                                <u>ORDER</u>

IT IS SO ORDERED.

**Dated:   June 29, 2010**                           /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE